RELATED DDJ

# UNITED STATES DISTRICT COURT

for the

Central District of California

_______EAST___ Division

FILED
CLERK, U.S. DISTRICT COURT
03/01/2025
CENTRAL DISTRICT OF CALIFORNIA
BY AP DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

JAMES DEAN NAGY
3334 LYNWOO DR.
HIGHLAND, CA 92346

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

UBER
1725 3RD STREET
SAN FRANICSO CA. 94158

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 5:25-cv-00585-KK(KS)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JAMES DEAN NAGY

Address: 3334 LYNWOOD DR.

HIGHLAND (*City*) CA (*State*) 92346 (*Zip Code*)

County: SAN BERNARDINO CA. 92346

Telephone Number: 92346

E-Mail Address: JAIMSE@PROTON.ME

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: UBER

Job or Title *(if known)*: DARA KHOSROWSHAHI CEO

Address: 1725 3RD STREET

SAN FRANCICSO (*City*) CA (*State*) 92346 (*Zip Code*)

County: SAN FRANCISCO

Telephone Number: 1-866-576-1039

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 2

Name:

Job or Title *(if known)*: UBER DRIVER SUPPORT

Address:

*City* *State* *Zip Code*

County:

Telephone Number:

E-Mail Address *(if known)*:

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name

Job or Title *(if known)* UBER DRIVER SUPPORT

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)* UBER DRIVER SUPPORT

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Establishment is defined as a business organization
The Equal Pay Act requires that men and women be given equal pay for equal work in the same establishment. The jobs need not be identical, but they must be substantially equal. It is job content, not job titles, that determines whether jobs are substantially equal. Specifically, the EPA provides that employers may not pay unequal wages to men and women.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

So on at least one occasion I am logged in to The Uber Application and I see the message "lunch time, busy" So, I am in the San Bernardino Area driving down Highland Ave. from Palm Ave. all the way to E Street and if anyone who knows that street that is probably the street of four miles long, in the city of San Bernardino, with the most businesses including fast food restaurants, pharmacies and market of all sizes and grocery stores

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The San Bernardino and Riverside Metropolitan Area

B. What date and approximate time did the events giving rise to your claim(s) occur?

1/1/2022 to 12/31/2024 in approximation

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

So, the pursuit of happiness. Being someone has felt that felt he could not help and had nothing to offer for over tens years I found a beginning in The Phone Application business, during the year and a half at Door Dash, and when on The Door Dash Application, in the same zone and on the same street, I received orders that were pretty rapids I was not happy with Uber and the establishment of Uber which involves all the other business I used to love delivering for and working with

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am in a financial crisis. I am suffering mental health problems and the doctors I went into see, do not seem to care to see that there is a problem. So my bills are getting higher and higher an a normal income producer is hard to come by and hard to keep. My car is not running and I have to rely on the Internet, because I can nor afford the fix fee nor do I want to ask fro help and even more so, there is no one I can trust. I would like to just sell it but I can not until I pay off this $8,800 loan left. So, I can not blame Uber for the fix needed in the car I used to drive but if I had a stable income coming in then my car would be fixed and bills would not be stressful thinking about them. So, Uber did intentionally deprive me of work which work is defined as employment. So, I will have to hold Uber responsible for $72,000 I should have received, if it were not for the deprivation of my rights to employment, Under California Constitution Article 1 Section 8 which states A person may not be disqualified from entering or pursuing a business, profession, vocation, or employment because of sex, race, creed, color, or national or ethnic origin. I am a creed, but just what kind? Creed defined as a set of beliefs or aims which guide someone's actions:

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I hold Uber responsible for $72,000 should have received, if I knew I was going to get invitations to order to deliver that some how stop coming to my Phone Application

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/27/2025

Signature of Plaintiff James Nagy

Printed Name of Plaintiff JAMES DEAN NAGY

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City* *State* *Zip Code*

Telephone Number

E-mail Address

Print Save As... Add Attachment Reset

Name: JAMES DEAN NAGY
Address: 3334 LYNWOOD DR
HIGHLAND CA. 92346
Phone: 909-838-0838
Fax:
In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DEAN NAGY<br>3334 LYNWOOD DR HIGHLAND. CA. 92346<br>Plaintiff<br>v.<br>UBER<br>1725 3RD STREET<br>Defendant(s). | CASE NUMBER:<br>____________________<br>To be supplied by the Clerk of<br>The United States District Court<br><br>**COMPLAINT** |

We hold these truths to be sacred & undeniable; that all men (people) are created equal & independent, that from that equal creation they derive rights inherent & inalienable, among which are the preservation of life, & liberty, & the pursuit of happiness;

So on at least one occasion I am logged in to The Uber Application and I see the message "lunch time, busy" So, I am in the San Bernardino Area driving down Highland Ave. from Palm Ave. all the way to E Street and if anyone who knows that street that is probably the street of four miles long, in the city of San Bernardino, with the most businesses including fast food restaurants, pharmacies and market of all sizes and grocery stores

So, the pursuit of happiness. Being someone has felt that felt he could not help and had nothing to offer for over tens years I found a beginning in The Phone Application business, during the year and a half at Door Dash, and when on

The Door Dash Application, in the same zone and on the same street, I received orders that were pretty rapid. Talk about satisfying a craving of an addiction So, that there is happiness, Yet the "pursuit of happiness" is not binding by law. So, I read, may that article was wrong?

Definition of Employment: The condition of having work as in a person trade or profession Also, the action of giving work to someone of a person trade or profession.

They are the rights of individuals to receive equal treatment and to be free from unfair treatment or discrimination in several settings. Protected characteristics include:

Education Employment Housing Public accommodations

-THEREFOR THE DELBERATE STOPPING OF OFFERS (work) (as defined as employment) OF INVATIONS TO WORK AND ALSO WHILE I HAVE JUST STARTED BY LOGGING IN TO THE UBER PHONE APPLICATION THE DELIBERATE OF SENDING ME OFFER OF INVATATION TO WODK IS A DEPRAVATION OF MY RIGHTS PROTECTED TO ME IN THE CONSITUTION AND UNDER U.S. CODE TITLE 42 SECTION 242 MAKES IT A CIVIL ACTION LAWSUIT WITH THE JURISTION WITH THE FEDERAL COURT SYSTEMS SO MY BASE SALARY PAY GOES AS YEAR 2022 WITH DOOR DASH AT $38000 AND YEAR 2021 WITH DOOR DASH AT $34000 FOR AN AVERAGE OF $36,OOO SO, I HAVE BEEN ACTIVE AS AN UBER DRIVER FOR OVER TWO YEARS SO,THEY I HOLD THEM RESPONSIBLE FOR LOST OF WAGES, I SHOULD HAVE HONESTLY EARNED, IF THEY SENT MY ORDER INVITES THE MANY TIME I WAS LOGGED IN. ALSO, WHEN I WAS ON THE LOGIN STATUS, I WAS NOT PAID FAIRLY UNDER THE EQUAL PAY ACT WHICH REQUIRES MEN AND WOMEN BE GIVEN EQUAL PAY IT SAYS NOTHING ABOUT WOMEN SHOULD BE PAID EQUALLY TO MEN WHICH SHOWS THAT THE EQUAL PAY ACT APPLIES TO ME A MALE. LASTLY PHYSCIAL PALCES OF BUSINESSES SEPEARATE FROM EACH OTHER CAN BE CONSIDERED ON ESTABLISHMENT AND THAT ESTABISHMENT IS THOURGH THE UBER PHONE APPLICATION WHO I HOLD 100 PERCENT ACCOUNTABLE

James Nagy

Name: JAMES DEAN NAGY
Address: 3334 LYNWOOD DR
HIGHLANND CA. 92346
Phone: 909-838-0838
Fax:
In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMES DEAN NAGY
3334 LYNWOOD DR
HIGHLAND, CA 92346

Plaintiff

v.

UBER
CEO DARA KHOSROWSHAHI
1725 3 RD ST.
SAN FRANICSCO CA. 94158

Defendant(s).

CASE NUMBER:

To be supplied by the Clerk of The United States District Court

**COMPLAINT**

Both as a customer and delivery driver I have been getting hard time from people, places and businesses I go into for a couple of years now that has caused a hardship of income by neglect of business opportunities which made me cruelty kept waiting for my next job assignment. See I have done delivery for companies like Doro Dash Uber, Lyft and Shipt. So, why do they know I am there? Who is telling them and why do they need to watch what I am doing and report back to whoever it may be? So, what kind of life is this to have for an individual. This individual being a United States Citizen So was it something I have done? That makes this illegal observation happen. This observation that causes me to get tested, tricked, possibly deceived, leaving confused and unassured. Sometimes while walking away and thinking I was getting accepted into this society and and finding out I have been deceived again that is uncontrolled outburst might happen. I am so deep into a worried incident that happened that I lose touch to that I do not feel I am with the world for a few minutes. So why does a person have to be enticed to do this yet another episode.

This is not fair for any individual to even come close to putting this individual to have to go through another episode If people have witnessed, this causes disfavor and disapproval towards me , who is the individual I write about. So with being disfavor able, no one wants me around to help or to be a part of their organization in any way With me knowing I am not accepted then comes lowered self-esteem, anxieties and a reserved characteristic that can only be seen by me or if anyone can that causes more problems in the inability to get people to get along honestly and also the inability to perform socially which can cause problems with peers, which gives more problems in my head. If my affilated business partners and providers, see something they do not like I get left out and more deprivation of employment and pay which of my rights under the laws of United States Code Title 42 Chapter 21 Section 1983 and California Constitution Article 1 Section 7

Definition of Employment: The condition of having work as in a person trade or profession Also, the action of giving work to someone of a person trade or profession.

The Equal Pay Act requires that men and women be given equal pay for equal work in the same establishment. The jobs need not be identical, but they must be substantially equal. It is job content, not job titles, that determines whether jobs are substantially equal. Specifically, the EPA provides that employers may not pay unequal wages to men and women who perform jobs that require substantially equal skill, effort and responsibility, and that are performed under similar working conditions within the same establishment.

Now what the Equal Pay Act is saying that both men and women are to be paid equally, it is not signifying women to be paid equally to men With that being said The Equal Pay Act applies to me being a male

James Nagy

Name: JAMES DEAN NAGY

Address: 3334 LYNWOOD DR

HIGHLAND CA 92346

Phone: 909-838-0838

Fax:

In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMES DEAN NAGY
3334 LYNWOOD DR. HIGHLAND, CA. 92346

Plaintiff

v.

UBER 1725
3RD STREET SAN FRANCISCO, CA 94158

Defendant(s).

CASE NUMBER:

To be supplied by the Clerk of
The United States District Court

**COMPLAINT**

I, James Dean Nagy, a United States Citizen ask So was it something I have done? That makes this treatment through an illegal surveillance happen. This surveillance that causes me to get tested, tricked, possibly deceived, leaving confused and not assured. So why does a person have to be enticed to do this yet another episode. This is not fair for any individual to even come close to putting this individual to have to go through another episode If people have witnessed, this causes disfavor and disapproval towards me , who is the individual I write about. So with being disfavor able, no one wants me around to help or to be a part of their organization in any way With me knowing I am not accepted then comes lowered self-esteem, anxieties and with a reserved characteristic. This causes neglete, which applies of Complaint for a Civil Case Alleging Negligence Form and jurisdiction of the Federal court under (28 U.S.C. § 1332; Diversity of Citizenship) also U.S. Code Title 42 Section 1983

People have a right to privacy because:

Privacy enables us to create boundaries and protect ourselves from unwarranted interference in our lives, allowing us to negotiate who we are and how we want to interact with the world around us.

Privacy protects us from arbitrary and unjustified use of power by states, companies and other actors.

Privacy helps maintain personal space.

Privacy protects personal data from getting into the wrong hands.

Privacy protects reputation.

Privacy protects from financial loss.

Privacy ensures that those who do wrong get legally prosecuted.

Privacy gives control over personal data.

Privacy is important for freedom of speech and thought.

Privacy prevents the government from spying on people without cause.

Privacy keeps groups from using personal data for their own goals.

Privacy helps ensure those who steal or misuse data are held accountable.

Privacy helps maintain social boundaries.

Privacy helps build trust.

Privacy ensures we have control over our data.

Privacy is protected by the U.S. Constitution.

IN INVASION OF PRIVACY THE UNITED STATES CONSTITUTION PROTECTS ALL CITIZEN AND UNDER U.S. CODE U.S. CODE TITLE 42 SECTION 1983 UBER DRIVER SUPPORT, WHICH IS A PART OF UBER OWNED BY DARA KHOSROWSHAHI HAS BEEM VIOLATED AND THEIR NEGLETE OF RESPONSIBILITY FALLS UNDER U.S CODE TITLE 28 SECTION 1332

James Nagy

Name: JAMES DEAN NAGY
Address: 3334 LYNWOOD DR
HIGHLAND, CA. 92346
Phone: 909-838-0838
Fax:
In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMES DEAN NAGY
3334 LYNWOOD DR. HIGHLAND, CA. 92346
Plaintiff

v.

UBER
1725 3RD. STREET SAN FRANCISCO, CA. 94158
Defendant(s).

CASE NUMBER:
______________________
To be supplied by the Clerk of
The United States District Court

**COMPLAINT**

IN COLIBERATION OF THE

5TH AND 6TH AMENDMENTS OF THE U. S. CONSTITUTION. I BELIEVE I HAVE THE RIGHT TO NOT TO BE SUPJECT TO SELF INCRMINATION, I UNDERSTAND THAT IN THE WORDS THE 5TH AMENDMENT IS STATING NOT TO BE A WITNESS TO MY SELF, BUT WHEN A DEFENDENT ANSWERS TO A JUDGE ABOUT WHAT THEY HAVE TO SAY ABOUT THEM SELF ABOUT THE PLANTIFFS ALLEGATIONS DO I HAVE THE RIGHT UNDER THE 5TH AMENDMENT FOR ANY DEFENDENTS ANSWERS TO BE DIRECTED AS A OFFENSE TOWARD ME, THE PLANTIFF, JAMES DEAN NAGY. SO, THIS ISMY CASE I AM FILLING AND I ASK THE COURT FOR THE DEFENDENT AND DEFENDENTS TO ANSWER TO THE ALLEGATIONS OF THEIR ACTIONS. NOW ABOUT THE 6TH AMENDMENT,WITH THE PERMISSION OF THE COURT, IF THE RULES OF THE COURT APPLY, I SHOWING TO BE FAIR, INVITE THE DEFENDENTS AND DEFENDENT UBER

FILE A COUNTER CLAIM, IF THE RULES IF THE FEDERAL COURT AND THIS JUDGES COURT ROOM APPLY OR UBER CAN FILE A SUIT OF THEIR OWN. REMINED THEY THERE IS A VIALOTION OF HUMAN RIGHTS CALLED SLANDER. SO, BEWARE. LASTLY IF THE RULES APPLY I ASK THE COURT NOT TO ALLOW ANY APPEAL FROM UBER DUE TO THE REASON I AM UNDER A FEE WIAVER REQUEST FROM THE FERERAL COURTHOUSE AND AN EMERGECNY FINANCIAL CRISIS, WITH THAT BEING SAID THIS IS ME SHOWING THAT, THIS CASE WAS NOT PLANED BEING HOW IT TOOK SO, LONG FOR ME TO GET TO THIS, POINT. THE IDEA JUST CAME TO ME, DO TO HARDSHIPS AND A UNPROMISSING FUTURE THAT LEAD TO DESPERATIONS.

James Nagy